■    In the Matter of NELLYS RIOS et al., Appellants, v. SALVATORE SCLAFANI et al., Constituting the Board of Elections of the City of New York, and ROBERTO LEBRON et al., Respondents. In the matter of ROBERTO LEBRON et al., Petitioners, v. NELLYS RIOS et al., Respondents.— Judgment, Supreme Court, Bronx County, entered on August 23, 1974, unanimously affirmed, without costs and without disbursements. Permission is granted to appeal to the Court of Appeals. No opinion. Concur — Markewich, J. P., Kupferman, Murphy, Tilzer and Capozzoli, JJ.

■    In the Matter of LOUIS NINE, Appellant, v. BOARD OF ELECTIONS and NORRIS COLON et al., Respondents.— Judgment, Supreme Court, Bronx County, entered on August 23, 1974, unanimously affirmed, without costs and without disbursements. Permission is granted to appeal to the Court of Appeals. Concur — Markewich, J. P., Kupferman, Tilzer and Capozzoli, JJ.; Murphy, J., concurs in the following memorandum: Not having had the minutes submitted to us, we are in no position to question the referee's findings or conclusions.

(August 29, 1974)

■    In the Matter of MICHAEL GEORGIADIS, Petitioner, v. GEORGE POSTEL et al., Respondents.— Application in the nature of prohibition unanimously denied, and the petition dismissed, without costs and without disbursements. (*Matter of Lee* v. *County Ct. of Erie County,* 27 N Y 2d 432.) No opinion. Concur — Markewich, J. P., Kupferman, Murphy, Tilzer and Capozzoli, JJ.